LILIAN CAUCHOIS, Appellant, *v.* WILLIAM B. PROCTOR, Respondent.

(Submitted December 10, 1894; decided January 15, 1895.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 14, 1894, which affirmed an order of Special Term requiring plaintiff to reply separately to the matters set forth in the second and third defenses in the answer.

*Roger M. Sherman* for appellant.

*Theron G. Strong* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.